1020

THE STATE OF WASHINGTON, *Respondent*, v. GORDON
R. SHIPMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 83–1–00054–1, John W. Schumacher,
J., entered December 31, 1984. *Affirmed* by unpublished
opinion per Petrie, J. Pro Tem., concurred in by Worswick,
C.J., and Reed, J.

THE STATE OF WASHINGTON, *Respondent*, v.
JEFFREY KYLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 84–1–00249–4, William L. Brown, Jr., J.,
entered April 24, 1985. *Affirmed* by unpublished opinion
per Petrie, J. Pro Tem., concurred in by Petrich and Alex-
ander, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. KIM
SHERWOOD KENYON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. C–1189, Hewitt A. Henry, J., entered June 5,
1984. *Affirmed* by unpublished opinion per Petrie, J. Pro
Tem., concurred in by Worswick, C.J., and Petrich, J.